```
                  UNITED STATES DISTRICT COURT

                   DISTRICT OF MASSACHUSETTS

ANITA ROSE,                    )
          Plaintiff,           )
                               )
     v.                        )         CIVIL ACTION
                               )         NO.  04-10962-WGY
COMMONWEALTH,                  )
                               )
          Defendant.           )
```

## ORDER OF DISMISSAL

YOUNG, C.J.,

    On June 4, 2004 this Court issued a Memorandum and Order of Dismissal (#4) requiring the Plaintiff to show good cause why the case should not be dismissed for the reasons stated therein.  To date, no response to the Memorandum and Order has been received from the Plaintiff.  Accordingly, for failure to show good cause as directed, and for the reasons stated in the Memorandum and Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.


                                              BY THE COURT,

                                              /s/Marjorie E. Lanier
Dated: September 10, 2004       Deputy Clerk